

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-20-00216-CV

**IN THE INTEREST OF A.F., J.J.L., AND J.A.R., CHILDREN,**

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02310
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED.

It is so **ORDERED** on October 20, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court